WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
EVANGELINA FIERRO HERNANDEZ (CA Bar. No. 1[illegible])
DAVID F. OFFEN-BROWN (CA Bar No. 63321)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5622
Facsimile No. (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. CV 11 4021 |
| Plaintiff, | **COMPLAINT** |
| v. | Civil Rights - Employment Discrimination |
| PANDA EXPRESS, INC. | DEMAND FOR JURY TRIAL |
| Defendant. | |

## NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") to correct the unlawful employment practices of disparate treatment in terms and conditions of employment, assignment, and discipline because of national origin, and to provide appropriate relief to Charging Party Aremy Lomely ("Charging Party" or "Lomely") and similarly situated employees whom Defendant Panda Express, Inc., ("Defendant" or "Panda Express") discriminated against in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

1  §2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42
2  U.S.C. §1981a.
3      2.   The unlawful employment practices alleged herein were and are now
4  being committed in the State of California, in the City of San Jose and the County of
5  Santa Clara, California, within the jurisdiction of the United States District Court for the
6  Northern District of California. Venue is therefore proper in the United States District
7  Court for the Northern District of California.

## INTRADISTRICT ASSIGNMENT

9      3.   The action is appropriate for assignment to the San Jose Division of this
10 Court as the alleged unlawful practices were and are now being committed in Santa
11 Clara County, which is within the jurisdiction of the San Jose Division.

## PARTIES

13     4.   Plaintiff, the Equal Employment Opportunity Commission
14 ("Commission") is the agency of the United States of America charged with the
15 administration, interpretation and enforcement of Title VII, and is expressly authorized
16 to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1)
17 and (3).
18     5.   Defendant Panda Express, Inc. is a California Corporation, doing business
19 in the State of California, in the County of Santa Clara, and has continuously employed
20 at least 15 employees.
21     6.   At all relevant times, Defendant has continuously been an employer
22 engaged in an industry affecting commerce, within the meaning of Section 701(b), (g)
23 and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

## STATEMENT OF CLAIMS

25     7.   More than thirty days prior to the institution of this lawsuit, Charging
26 Party filed a charge with the Commission, alleging violation of Title VII by Defendant.
27 All conditions precedent to the institution of this lawsuit have been fulfilled.
28     8.   Between about June 2008 to June 2009, Defendant engaged in the unlawful

Complaint for Discrimination                                                              2

practice of discriminating against Charging Party and other Hispanic/Mexican employees because of their national origin, by assigning Charging Party and other Hispanic/Mexican employees less desirable job duties, specifically cleaning duties, than the job duties assigned to other employees of Charging Party's and other Hispanic/Mexican employees' position but not of their national origin, in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a).

9. Between about June 2008 and June 2009, Defendant engaged in the unlawful practice of discriminating against Charging Party and other Hispanic/Mexican employees because of their national origin in terms and conditions of employment by reducing the work hours of Charging Party and other Hispanic/Mexican employees but not reducing the work hours of other employees of Charging Party's and other Hispanic/Mexican employees' position but not of their national origin, in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a).

10. Between about September 2008 and June 2009, Defendant engaged in the unlawful practice of discriminating against Charging Party and other Hispanic/Mexican employees because of their national origin, by taking disciplinary action against Charging Party and other Hispanic/Mexican employees in a stricter, harsher, and more frequent manner than against employees who committed the same or similar infractions but were not of their national origin, in violation of Section 703(a) of Title VII, 42 U.S. C. §2000e-2(a).

11. The effect of the practices complained of in Paragraphs 8 through 10, above, has been to deprive the Charging Party and other Hispanic/Mexican employees of equal employment opportunities and otherwise adversely affect their status as employees because of their national origin.

12. The unlawful employment practices complained of in Paragraphs 8 through 10, above, were intentional.

13. The unlawful employment practices complained of in Paragraphs 8 through 10, above, were done with malice or reckless indifference to Charging Party's

and other Hispanic/Mexican employees' federally protected rights.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with Defendant, from discriminating against its employees because of national origin.

B. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with Defendant, from engaging in retaliation against its employees.

C. Order Defendant to make whole Charging Party and other Hispanic/Mexican employees by providing appropriate back pay and benefits with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D. Order Defendant to make whole Charging Party and other Hispanic/Mexican employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice complained of above, including but not limited to such out-of-pocket expenses as medical care necessitated by Defendant's unlawful conduct, in amounts to be determined at trial.

E. Order Defendant to make whole Charging Party and other Hispanic/Mexican employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above including, but not limited to emotional pain and suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Charging Party and other Hispanic/Mexican employees punitive damages for its malicious or reckless conduct described above, in an amount to be determined at trial.

G. Grant such further relief as the Court may deem just and proper in the public interest.

H.     Award the Commission its costs in this action.

## DEMAND FOR JURY TRIAL

The Commission requests a jury trial on all questions of fact raised by its Complaint.

P. David Lopez
General Counsel

James Lee
Associate General Counsel

Gwendolyn Young Reams
Associate General Counsel

**Equal Employment Opportunity Commission**
1801 L Street, N.W.
Washington, DC 20507

Date: August 17, 2011            /s/ William R. Tamayo
                                 WILLIAM R. TAMAYO
                                 Regional Attorney

Date: August 17, 2011            /s/ David Offen-Brown
                                 DAVID F. OFFEN-BROWN
                                 Supervisory Trial Attorney

Date: August 17, 2011            /s/ Evangelina Hernandez
                                 EVANGELINA HERNANDEZ
                                 Senior Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260