\*\* E-filed October 25, 2011 \*\*

TOM E. WILSON (CA SBN 73188)
TWilson@mofo.com
JOSHUA A. GORDON (CA SBN 199763)
JGordon@mofo.com
MARC G. FERNANDEZ (CA SBN 254261)
MFernandez@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant
PANDA EXPRESS, INC.

WILLIAM R. TAMAYO (CA SBN 084965)
William.Tamayo@eeoc.gov
JONATHAN T. PECK (VA SBN 12303)
Jonathan.Peck@eeoc.gov
EVANGELINA FIERRO HERNANDEZ (CA SBN 168879)
Evangelina.Hernandez@eeoc.gov
DAVID F. OFFEN-BROWN (CA SBN 63321)
David.Offen-Brown@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: 415.625.5622
Facsimile: 415.625.5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>PANDA EXPRESS, INC.,<br><br>             Defendant. | Case No.   CV-11-04021 HRL<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Ctrm:     Two (Fifth Floor)<br>Magistrate Judge Howard R. Lloyd<br><br>Action filed: August 17, 2011 |

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES
CV 11-04021 HRL
pa-1490262

1

1  Pursuant to Civil Local Rules 6-2 and 16-2(e) for the Northern District of California,
2  Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendant Panda Express,
3  Inc. ("Panda"), through their respective counsel, respectfully submit this stipulated request to
4  continue their Initial Case Management Conference, which is currently set for November 1, 2011,
5  and related deadlines for their meet-and-confer obligation and Joint Case Management
6  Conference Statement. This stipulated request is supported by the attached declaration of
7  Thomas E. Wilson.

Plaintiff and Panda propose the following revised case management schedule:

| | |
|---|---|
| Meet-and-Confer Deadline | November 22, 2011 |
| Joint CMC Statement Deadline (including Rule 26(f) Report) | December 6, 2011 |
| Initial Case Management Conference | December 13, 2011 |

Respectfully submitted,

Dated: October 6, 2011

TOM E. WILSON
JOSHUA A. GORDON
MARC G. FERNANDEZ
MORRISON & FOERSTER LLP

By: /s/ Tom E. Wilson
     TOM E. WILSON

Attorneys for Defendant
PANDA EXPRESS, INC.

Dated: October 6, 2011

WILLIAM R. TAMAYO
JONATHAN T. PECK
EVANGELINA FIERRO HERNANDEZ
DAVID F. OFFEN-BROWN
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

By: /s/ Evangelina Fierro Hernandez
     EVANGELINA FIERRO HERNANDEZ

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES
CV 11-04021 HRL
pa-1490262

2

**GENERAL ORDER 45 ATTESTATION**

I, Tom E. Wilson, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order Extending Time to Respond to Plaintiff's Complaint. In compliance with General Order 45, X.B., I hereby attest that Evangelina Fierro Hernandez has concurred in this filing.

Dated: October 6, 2011

MORRISON & FOERSTER LLP

By:   /s/ Tom E. Wilson
         Tom E. Wilson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This Court adopts the revised Case Management Schedule proposed by Plaintiff and Panda.

Dated: October 25, 2011

HON. HOWARD R. LLOYD
United States Magistrate Judge

**C11-04021 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Evangelina Fierro Hernandez | Evangelina.Hernandez@eeoc.gov |
| Jonathan T. Peck | Jonathan.Peck@eeoc.gov |
| William Robert Tamayo | william.tamayo@eeoc.gov |
| Tom E. Wilson | twilson@mofo.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**