** E-filed October 25, 2011 **

TOM E. WILSON (CA SBN 73188)
TWilson@mofo.com
JOSHUA A. GORDON (CA SBN 199763)
JGordon@mofo.com
MARC G. FERNANDEZ (CA SBN 254261)
MFernandez@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant
PANDA EXPRESS, INC.

WILLIAM R. TAMAYO (CA SBN 084965)
William.Tamayo@eeoc.gov
JONATHAN T. PECK (VA SBN 12303)
Jonathan.Peck@eeoc.gov
EVANGELINA FIERRO HERNANDEZ (CA SBN 168879)
Evangelina.Hernandez@eeoc.gov
DAVID F. OFFEN-BROWN (CA SBN 63321)
David.Offen-Brown@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Telephone:  415.625.5622
Facsimile:  415.625.5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>PANDA EXPRESS, INC.,<br><br>                    Defendant. | Case No.   CV-11-04021 HRL<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Ctrm:      Two (Fifth Floor)<br>Magistrate Judge Howard R. Lloyd<br><br>Action filed:  August 17, 2011 |

Pursuant to Civil Local Rules 6-2 and 16-2(e) for the Northern District of California, Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendant Panda Express, Inc. ("Panda"), through their respective counsel, respectfully submit this stipulated request to continue their Initial Case Management Conference, which is currently set for November 1, 2011, and related deadlines for their meet-and-confer obligation and Joint Case Management Conference Statement. This stipulated request is supported by the attached declaration of Thomas E. Wilson.

Plaintiff and Panda propose the following revised case management schedule:

| | |
|---|---|
| Meet-and-Confer Deadline | November 22, 2011 |
| Joint CMC Statement Deadline (including Rule 26(f) Report) | December 6, 2011 |
| Initial Case Management Conference | December 13, 2011 |

Respectfully submitted,

Dated: October 6, 2011

TOM E. WILSON
JOSHUA A. GORDON
MARC G. FERNANDEZ
MORRISON & FOERSTER LLP

By: /s/ Tom E. Wilson
    TOM E. WILSON

Attorneys for Defendant
PANDA EXPRESS, INC.

Dated: October 6, 2011

WILLIAM R. TAMAYO
JONATHAN T. PECK
EVANGELINA FIERRO HERNANDEZ
DAVID F. OFFEN-BROWN
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Evangelina Fierro Hernandez
    EVANGELINA FIERRO HERNANDEZ

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES
CV 11-04021 HRL
pa-1490262

2

**GENERAL ORDER 45 ATTESTATION**

I, Tom E. Wilson, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order Extending Time to Respond to Plaintiff's Complaint. In compliance with General Order 45, X.B., I hereby attest that Evangelina Fierro Hernandez has concurred in this filing.

Dated: October 6, 2011

MORRISON & FOERSTER LLP

By:   /s/ Tom E. Wilson
         Tom E. Wilson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This Court adopts the revised Case Management Schedule proposed by Plaintiff and Panda.

Dated: October 25, 2011

HON. HOWARD R. LLOYD
United States Magistrate Judge

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES
CV 11-04021 HRL
pa-1490262

3

**C11-04021 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Evangelina Fierro Hernandez | Evangelina.Hernandez@eeoc.gov |
| Jonathan T. Peck | Jonathan.Peck@eeoc.gov |
| William Robert Tamayo | william.tamayo@eeoc.gov |
| Tom E. Wilson | twilson@mofo.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California