\*\* E-filed December 8, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PANDA EXPRESS, INC.,<br><br>　　　　　　　Defendant.<br>_____/ | No. C11-04021 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that the parties have reached a settlement and intend to satisfy the terms of settlement by December 23, 2011. Accordingly, the case management conference set for December 13, 2011 and all other case management deadlines have been vacated.

All parties shall appear on **January 10, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **January 3, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: December 8, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04021 HRL Notice will be electronically mailed to:**

David F. Offen-Brown
Evangelina Fierro Hernandez        Evangelina.Hernandez@eeoc.gov
Jonathan T. Peck                   Jonathan.Peck@eeoc.gov
William Robert Tamayo              william.tamayo@eeoc.gov
Tom E. Wilson                      twilson@mofo.com
Joshua A. Gordon                   jgordon@mofo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**