WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, 12303 (VA)
EVANGELINA FIERRO HERNANDEZ SBN 166879
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5622
Fax No. (415) 625-5657
E-mail: Evangelina.Hernandez@eeoc.gov

Attorneys for Plaintiff EEOC

** E-filed January 13, 2012 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PANDA EXPRESS, INC.<br><br>    Defendant | Case No. CV-11-04021 HRL<br><br>**CONSENT DECREE AND [PROPOSED] ORDER** |

I. INTRODUCTION

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Commission") filed this suit on behalf of Charging Party Aremy Lomely, alleging that her employer Defendant Panda Express, Inc. subjected her to disparate treatment related to her national origin in violation by Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991. Defendant Panda Express, Inc. ("Panda") has denied the above allegations. The Commission and Panda now seek to resolve this action without the expenditure of additional resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in Title VII.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, the applicable law, and now approves this Consent Decree.

1  II. NON-ADMISSION OF LIABILITY

2      This Consent Decree is not an adjudication or finding on the merits of this case and shall not be
3  construed as an admission of a violation of Title VII by Panda.

4  III. GENERAL PROVISIONS

5      1.    This Court has jurisdiction over the subject matter and the parties to this action.  This
6  Court retains jurisdiction over this Consent Decree during its term.

7      2.    This Consent Decree constitutes a full and final resolution of the Commission's claim
8  against Panda in this action.

9      3.    This Consent Decree will become effective upon its entry by the Court.

10      4.    This Consent Decree is final and binding upon the parties to it, their successors and
11  assigns.

12      5.    Each party shall bear its own costs and attorneys fees in this action.

13  IV. GENERAL INJUNCTIVE RELIEF

14      6.    Panda and its current officers, agents, employees and all persons in active concert or
15  participation with them shall comply with all requirements of Title VII with respect to providing a
16  workplace free of retaliation.

17      7.    Panda and its current officers, agents, employees and all persons in active concert or
18  participation with them shall not retaliate against Aremy Lomely or any other employee or former
19  employee for having testified or participated in any manner in the Commission's investigation and the
20  proceedings in this case.

21  V.  SPECIAL INJUNCTIVE RELIEF

22      8.    Within sixty (60) days of the entry of this Consent Decree, Panda shall conduct "Panda
23  Environment" training for all management and non-management employees of Store No. 1936 located
24  at 1704 Oakland Road, San Jose, California 95131.   Said training shall be not less than 2 hours.

25      9.    Within thirty (30) days after completing the training designated in paragraph 8, Panda
26  shall mail to counsel for the Commission a report containing the date of the training, a list of all
27  attendees including their job titles, and copies of all materials distributed at the training.

28  VI. MONETARY RELIEF

10. Within ten (10) days of the entry of this Consent Decree, Panda shall pay the sum of $20,000.00 to Aremy Lomely as damages and in complete satisfaction of the Commission's claims against Defendant Panda as set forth in its Complaint and the resolution of EEOC Charge Nos: 846-2008-61029 and 556-2012-00095 brought by Ms. Lomely. This sum will be paid by check, as described in paragraph 11 below, directly to Ms. Lomely, and will be sent to her via certified mail, at the address to be provided to Panda by the Commission. A copy of said checks and transmittal letter will be sent to the Commission's counsel at the San Francisco District Office.

11. Pursuant to paragraph 10 above, Panda shall issue two checks to Ms. Lomely as follows: (1) $18,000 via Form 1099-misc (no withholdings) for alleged non-pecuniary damages and (2) $2000 (less withholdings) for alleged wage loss.

VII. EXPIRATION OF CONSENT DECREE

12. This Consent Decree shall expire two (2) years after its entry, provided that Panda has substantially complied with the terms of this Consent Decree. Panda will be deemed to have complied substantially if the Court has not made any findings or orders during the term of the Consent Decree that Panda has failed to comply with any of the terms of this Decree.

| On behalf of Plaintiff EEOC | On behalf of Defendant Panda Express, Inc. |
|---|---|
| Date: January 12, 2012 | Date: January 12, 2012 |
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Morrison & Forester, LLP |
| __/s/_ William R. Tamayo_____<br>WILLIAM R. TAMAYO<br>Regional Attorney | __/s/_ Joshua A. Gordon_____<br>JOSHUA A. GORDON<br>Attorney for Defendant Panda Express, Inc |
| __/s/_ Jonathan T. Peck_____<br>JONATHAN T. PECK<br>Supervisory Trial Attorney | |
| __/s/_ Evangelina Fierro Hernandez_____<br>EVANGELINA FIERRO HERNANDEZ<br>Senior Trial Attorney | |
| Attorneys for Plaintiff EEOC       . | |

1  I, Joshua A. Gordon, am the ECF User whose ID and password are being used to file this
2  Consent Decree. In compliance with General Order 45, X.B., I hereby attest that William R. Tamayo,
3  Jonathan T. Peck, and Evangelina Fierro Hernandez have concurred in this filing.

4

5  Date:  January 12, 2012            /s/ Joshua A. Gordon
6                                         Joshua A. Gordon

7

8

9                              **ORDER**

10  It is so ordered.

11

12  Dated:   January 13, 2012          _____
                                        Hon. HOWARD R. LLOYD
13                                      UNITED STATES MAGISTRATE JUDGE

EEOC v. Panda Express, Inc.                                              4
C-11-04021 HRL
Consent Decree and [Proposed] Order

pa-1502276